## Leary Appeal.

Argued June 12, 1970. *Miriam L. Gafni,* Assistant Defender, with her *Gary Ginsburg* and *Paula S. Gold,* As-

sistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.